UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CASE NO. 6:05CR15             MINUTES              JUDGE CODE: 3JBI

UNITED STATES OF AMERICA

_Katelyn Semales_
Counsel for Plaintiff

Plaintiff

VS.
ROBERT E. MITCHELL                                   MALONE HART (CJA)

Defendant                                            Counsel for Defendant

ALSO PRESENT:          **SHERRI F. FLANDERS**        Courtroom Deputy Clerk
                              FTR                    Court Reporter
11:32 - 11:42            Jimmy/Rich                  U. S. Marshal
                         Highsmith                   U. S. Probation
                                                     Law Clerk
                                                              STATESBORO, GA

MAY 31, 2019
DATE                                                              PLACE

CASE CALLED THIS DATE FOR  PROBABLE CAUSE HEARING
ALLEGATIONS IN PETITION SET OUT BY THE COURT.

RIGHTS ADVISED.

Written waiver executed & accepted by the Court.

Court finds probable cause.

Δ consents to detention.