# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT
# STATE OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 4:19-CR-00066-RSB-CLR |
| ) | |
| TINA HATTERER, et al, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT JAMES BLUE'S MOTION TO ADOPT DEFENDANT DEJOUN THOMAS' MOTION FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS

COMES NOW Defendant JAMES BLUE, by and through counsel of record, and moves to adopt and incorporate by reference Defendant Thomas' Motion for Extension of Time to File Pretrial Motions (doc. 261).

WHEREFORE, Defendant requests that:

a. the Court extend the deadline for the filing of pre-trial motions as to Defendant Blue to August 7, 2019; and,

b. all other relief deemed just and proper by this Court.

Respectfully submitted this 10th day of July, 2019.

/s/ Cameron C. Kuhlman
CAMERON C. KUHLMAN
Georgia Bar Number: 596159
*Attorney for Defendant Blue*

DUFFY & FEEMSTER, LLC
340 Eisenhower Drive
Suite 800, Second Floor
Savannah, Georgia 31406
(912) 236-6311 Telephone
(912) 236-6423 Facsimile
cck@duffyfeemster.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have filed the foregoing using the Court's CM/ECF system which will cause an electronic copy to be delivered to all parties.

<u>/s/ Cameron C. Kuhlman</u>
Cameron C. Kuhlman
*Attorney for Defendant Blue*
