# United States District Court

## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **4:19-cr-66**

United States of America

vs.

**Marcela Mateo**

U. S. Attorney

**James Blue (2:40 - 3:20)**

**Cameron Kuhlman, appointed**

Defendant/Age

Attorney for Defendant

☑ Plea agreement   **(Received).**   ☑ Defendant Sworn   ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____.

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **One (1)** of the indictment.

☑ Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis **Proffer by Government**.

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **December 19, 2019** at **10:30 am**.

☐ Bond Continued ____   Bond modified to _____.

Bond set at _____ _____.

☐ Bond not made defendant in jail.

☑ Defendant remanded to custody of United States Marshal.

Honorable **R. Stan Baker, U. S. District Judge**     Date **8/8//2019**

Court Reporter     **Kelly McKee**     Probation Officer **Brian Mills**

Courtroom Deputy Clerk     **Pam Hammock**     U.S. Marshal **J. Turner**