| | | |
|---|---|---|
| **SENTENCING MINUTES** | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF GEORGIA**<br>**SAVANNAH DIVISION** | **JUDGE:** R. STAN BAKER<br>**DATE:** 12-19-2019 |

**CRIMINAL CASE NO. CR 4:19-cr-66**
**UNITED STATES OF AMERICA VS. James Blue (12)**

COURTROOM DEPUTY  Pam Hammock         COURT REPORTER  Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**       **ATTORNEY(S) FOR THE DEFENDANT:**

Marcela Mateo, AUSA                    Cameron Kuhlman, appointed

U.S. PROBATION OFFICER:                DEFENDANT SENTENCED ON COUNT(S)

Brian Mills                            One (1) of the Indictment

[X] Presence Report Reviewed In Full   Custody  28  Months B.O.P.

[ ] Objections to Factual Basis        Probation _____

[ ] Objections To Guidelines Calculations   Supervised Release  3  Years

[ ] Probation Officer Testifies        Special Conditions  as Ordered by the Court

[ ] Changes Ordered in Factual Basis/Calculations   Fine $ none

[X] No Changes Ordered                 Restitution $ none

[X] Findings Of The Court              Special Assessment $ 100

[ ] Factual Witnesses Testify          To Be Paid  immediately

[X] Statements Of Counsel              Community Service _____

[X] Statements By Defendant            Facility Recommended  - RDAP, close to family

[X] Sentence Pronounced                Defendant Remanded To The USM  - Y

OTHER DIRECTIVES OF THE COURT          Voluntary Surrender _____

[ ] Attach Statement of Reasons to the Judgment   To USM [X]  To Facility [ ]

[ ] Transcribe Statement of Reasons    Nolle Prosse Count(s) _____

[X] Appeal Rights of Defendant Explained   Plea Agreement Accepted and Ratified  - Y

[ ] Appellate Disclosure Forms Provided   Departure From Guidelines  - N

[X] Notice of Counsel's Post-Conviction Obligations Provided   Upward _____   Downward _____

U.S. Deputy Marshal  S. Stephany        Time  3:20  to  3:40  Total  00:20

Court Security Officer  B. Cummins