GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| James Blue | ) | Case Number: 4:19CR00066-12 |
| | ) | USM Number: 23110-021 |
| | ) | Ryan D. Langlois |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of standard and special conditions condition(s) of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | You failed to reside in a residential reentry center for a term of 180 days (special condition). | March 20, 2024 |
| 2 | You failed to report to the probation officer as instructed (standard condition). | March 3, 2025 |
| 3 | You failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | January 27, 2025 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 7872

May 8, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1989

*/s/ R. Stan Baker*
Signature of Judge

City and State of Defendant's Residence:

Jesup, Georgia

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia
Name and Title of Judge

May 12, 2025
Date

DEFENDANT: James Blue
CASE NUMBER: 4:19CR00066-12

# ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 4 | You knowingly left the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer (standard condition). | February 17, 2025 |

DEFENDANT: James Blue
CASE NUMBER: 4:19CR00066-12

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>9 months.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL